Submitted on petition and record November 10, 1993, petition for review allowed; decision of the Court of Appeals vacated and case remanded to the Court of Appeals for reconsideration May 12, 1994

ELLIS FOREST IMPROVEMENTS CO.,
a corporation,
*Respondent on Review,*

*v.*

The filings of the
NATIONAL COUNCIL ON
COMPENSATION INSURANCE,
*Respondent,*

*and*

SAIF CORPORATION,
*Petitioner on Review.*

(DIF 91-05-031; CA A76950; SC S40698)

872 P2d 14

Michael O. Whitty, Assistant Attorney General, Salem, filed the petition for petitioner on review. With him on the petition were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated, and the case is remanded to the Court of Appeals for reconsideration in the light of *S-W Floor Cover Shop v. Natl. Council on Comp. Ins.,* 318 Or 614, 872 P2d 1 (1994).